IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) HAR-SON, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>(1) JOSE LUIS ORTEGA;<br>(2) BIANCA ORTEGA;<br>(3) JOEL ORTEGA;<br>(4) EXCEL GARMENT MANUFACTURING,<br>   LTD., d/b/a EXCEL MANUFACTURING,<br>   Inc., and d/b/a EXCEL MANUFACTURING,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-16-261-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

  Excel Garment Manufacturing, Ltd., pursuant to Federal Rules of Civil Procedure 7.1, states that it is a limited partnership, the general partner of which is Excel Garment Management Company, LLC, a Texas entity and there is no publicly held corporation with 10% or more ownership in it.

  Dated this 19th day of April, 2016.

                       Respectfully submitted,

                       /s/ David Pomeroy
                   David Pomeroy, OBA #7209
                  Leif E. Swedlow, OBA #17710
                    ANDREWS DAVIS
                A PROFESSIONAL CORPORATION
             100 N. Broadway Ave., Suite 3300
              Oklahoma City, OK 73102-8812
          Telephone:(405) 272-9241/Fax:(405) 235-8786
               dpomeroy@andrewsdavis.com
               lswedlow@andrewsdavis.com
                 *Attorneys for Defendants*

## CERTIFICATE OF MAILING

I hereby certify that on April 19, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Larry D. Foster, II
Shalom Law Group, PLLC
4500 N. Lincoln Blvd., Suite 200
Oklahoma City, OK  73105

                                          /s/ David Pomeroy
                                          David Pomeroy

437471.1